### ARTHUR R. BARLOW *v.* COMMISSIONER OF CORRECTION

The petitioner Arthur R. Barlow's petition for certification for appeal from the Appellate Court, 47 Conn. App. 937 (AC 16686), is denied.

BORDEN and KATZ, Js., did not participate in the consideration or decision of this petition.

*David B. Rozwaski*, special public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.